UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HARRY MADDOX III,                                        Civil No. 10-1721 ADM/AJB

        Plaintiff,

        v.                                                        O R D E R

Minnesota Attorney General
LORI SWANSON, Chisago Cty Assit.
Attorney BETH A. BEAMON, and
Chisago Cty Public Defender
JESSIE A. JOHNSON,

        Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 20, 2010, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: June 11, 2010.

                                                         s/Ann D. Montgomery
                                                         _____
                                                         Judge Ann D. Montgomery
                                                         U. S. District Court